UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO CASTILLO-CHAVEZ,<br><br>             Plaintiff,<br><br>   v.<br><br>B.M. TRATE, Warden,<br><br>             Respondent. | Case No. 1:23-cv-00413-JLT-SKO (HC)<br><br>ORDER REFERRING TO FEDERAL DEFENDER'S OFFICE; SETTING BRIEFING SCHEDULE; STAYING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. 5) |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

Petitioner filed the instant federal petition on March 20, 2023.  (Doc. 1.)  On March 27, 2023, the Court conducted a preliminary review of the petition and recommended the petition be dismissed for lack of jurisdiction.  (Doc. 5.)  Among the various claims Petitioner makes, he contends that he "missed the mark per the constant developments in laws regarding both, the residual clause first announced in Johnson [v. United States, 576 U.S. 591 (2015)] and made retroactive per Welch [v. United States, 578 U.S. 120 (2016)] . . . ."  (Doc. 1 at 10.)  It has come to the Court's attention that California General Order 563, which provides for referrals to the Federal Defender's Office for matters relating to Johnson/Welch motions, may cover this claim.

/////

Accordingly, IT IS HEREBY ORDERED:

(1) Pursuant to General Order 563, the Court appoints the Federal Defender's Office to represent Petitioner in this matter pursuant to the provisions of the Criminal Justice Act, Title 18 U.S.C. § 3006A(a)(1) and (c);

(2) The Findings and Recommendations issued March 27, 2023, are STAYED;

(3) The Federal Defender's Office is GRANTED thirty (30) days to file a supplement to Petitioner's § 2241 petition or notify the Court that it does not intend to file such a supplement;

(4) From the date of the Federal Defender's Office's filing, the Government shall have thirty (30) days to file a response;

(5) From the date of the Government's filing, the Federal Defender's Office (or Petitioner if the Federal Defender's Office withdraws from the matter) shall have thirty (30) days to file a reply; and

(6) The Clerk of Court is DIRECTED to add the Federal Defender's Office Panel Administrator, Connie Garcia (Connie_Garcia@fd.org), to the service list prior to docketing of this Order.

IT IS SO ORDERED.

Dated:   **April 12, 2023**                     /s/ *Sheila K. Oberto*
                                                              UNITED STATES MAGISTRATE JUDGE