# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO CASTILLO-CHAVEZ, | Case No.: 1:23-cv-00413-SKO (HC) |
| Petitioner, | ORDER VACATING STAY OF FINDINGS AND RECOMMENDATIONS |
| v. | |
| B.M. TRATE, Warden, | |
| Respondent. | |

Petitioner is a federal prisoner proceeding *in forma pauperis* with appointed counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner is in the custody of the Bureau of Prisons at the United States Penitentiary in Atwater, California. He filed the instant federal petition on March 20, 2023.

On March 27, 2023, the Court conducted a preliminary review of the petition and recommended the petition be dismissed for lack of jurisdiction. Thereafter, it came to the Court's attention that California General Order 563, which provides for referrals to the Federal Defender's Office for matters involving claims under Johnson v. United States, 135 S.Ct. 2551 (2015), may cover the petition. On April 13, 2023, the matter was referred to the Federal Defender's Office and on April 25, 2023, Verna Wefald, Esq., was appointed as attorney for Petitioner. (Docs. 6, 8.) The Findings and Recommendations were stayed, and counsel was granted leave to supplement the petition. (Doc.

1

6.) Then, on June 22, 2023, the Supreme Court issued its opinion in <u>Jones v. Hendrix</u>, 599 U.S. ___, ___ S.Ct. ___, 2023 WL 4110233 (2023).  In <u>Jones</u>, the Supreme Court held that the savings clause in 28 U.S.C. § 2255(e) "does not permit a prisoner asserting an intervening change in statutory interpretation to circumvent AEDPA's restrictions on second or successive § 2255 motions by filing a § 2241 petition." <u>Id.</u>, at *5.  In light of the Supreme Court's decision, on June 26, 2023, Counsel for Petitioner filed a notice advising the Court that Counsel would not be submitting further briefing since "<u>Jones v. Hendrix</u> has eliminated § 2241 as the savings clause of § 2255(e) for a petitioner who has already had a § 2255 motion decided," and therefore, "there is nothing that counsel can do for Petitioner."  (Doc. 12 at 3.)

In light of the foregoing, the stay of the Findings and Recommendations issued on April 13, 2023, is VACATED, and the Findings and Recommendations are SUBMITTED to the assigned District Judge, along with Petitioner's objections filed on April 25, 2023.  (Docs. 5, 9.)

IT IS SO ORDERED.

Dated:   **June 27, 2023**                    /s/ *Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE